|   |   |
|---|---|
| The Honorable: | CAROL A. DOYLE |
| Chapter 7 | |
| Location: | Room 742 |
| Hearing Date: | 06/12/2012 |
| Hearing Time: | 10:30am |
| Response Date: | / / |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: ROSS, KAREN NICOLE | § § § | Case No. 10-56617 |
|---|---|---|
| Debtor(s) | § | |

**AMENDED** NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/12/2012 in Courtroom 742, United States Courthouse Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012      By:   /s/KAREN R. GOODMAN
                                   Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000
**UST Form 101-7-NFR (10/1/2010)**

KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111 East Wacker Drive  
SUITE 2800  
CHICAGO, IL 60601  
(312) 527-4000  

The Honorable: CAROL A. DOYLE  
Chapter 7  
Location: Room 742  
Hearing Date: 06/12/2012  
Hearing Time: 10:30am  
Response Date: / /  

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROSS, KAREN NICOLE   § Case No. 10-56617  
§  
§  
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of         $   45,922.61  
and approved disbursements of              $      297.23  
leaving a balance on hand of [1]           $   45,625.38  

**Balance on hand:**                       $   45,625.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00  
Remaining balance:                       $  45,625.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 5,342.26 | 0.00 | 5,342.26 |
| Trustee, Expenses - KAREN R. GOODMAN | 10.75 | 0.00 | 10.75 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 4,664.00 | 0.00 | 4,664.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,017.01 |
| Remaining balance: | $ 35,608.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None ||||

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 35,608.37 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 35,608.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,703.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 905.83 | 0.00 | 792.44 |
| 2 | Sallie Mae | 24,802.63 | 0.00 | 21,697.76 |
| 3 | US Dept Ed/GLELSI on behalf Great Lakes Higher | 14,591.80 | 0.00 | 12,765.15 |
| 5 | Quantum3 Group LLC as agent for | 403.54 | 0.00 | 353.02 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 35,608.37 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Karen Nicole Ross  
    Debtor

Case No. 10-56617-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cturner              Page 1 of 2                  Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
 db           +Karen Nicole Ross,    5546 South LaSalle Street,     Chicago, IL 60621-4104
 aty          +Jeffrey M. Friedman,    Law Office of Jeffrey M. Friedman,     120 South State Street, Suite 400,
                Chicago, IL 60603-5508
 aty          +Shefsky & Froelich Ltd.,    111 East Wacker Drive,     Chicago, IL 60601-4209
16586910      +Chase Bank One Card Service,     PO Box 15298,    Wilmington, DE 19850-5298
17962388       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16586909       Nissan Motor Acceptance Corp,     PO box 660366,    Dallas, TX 75266-0366
16588179      +Northern Leasing Systems, Inc,     132 W 31st Street 14th floor,    New York, NY 10001-3405
16588175      +US Department Of Education,     2401 International,    PO Box 7859,    Madison, WI 53707-7859
18030124       US Dept Ed/GLELSI on behalf Great Lakes Higher,     Great Lakes Educational Loan Services,
                Claims Filing Unit PO Box 8973,     Madison, WI 53708-8973
16588177      +US Dept of Education GLE,    2401 International,     PO Box 7859,    Madison, WI 53707-7859
16588178       WFNNB Metro Sales,    PO Box 182789,    Columbus OH 43218-2789
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18532296       E-mail/Text: bnc-quantum@quantum3group.com May 11 2012 23:50:09
                Quantum3 Group LLC as agent for,     World Financial Network National Bank,    PO Box 788,
                Kirkland, WA 98083-0788
16588176       E-mail/PDF: pa_dc_claims@salliemae.com May 12 2012 01:37:47      Sallie Mae,    PO Box 9500,
                Wilkes-Barre PA 18773-9500
17983160      +E-mail/PDF: pa_dc_claims@salliemae.com May 12 2012 01:37:47      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16586892     ##+Ocwen Loan Servicing,    12650 Ingenuity Drive,     Orlando Florida 32826-2703
                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cturner              Page 2 of 2             Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2012 at the address(es) listed below:
         Joel P Fonferko   on behalf of Creditor  Ocwen Loan Servicing, LLC ND-Two@il.cslegal.com
         Karen R Goodman   kgoodman@shefskylaw.com,  il24@ecfcbis.com;sfdocket@shefskylaw.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         TOTAL: 3

Case 10-56617    Doc 56    Filed 05/11/12    Entered 05/13/12 23:26:21    Desc Imaged
Certificate of Notice    Page 6 of 6