KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

The Honorable:                        CAROL A. DOYLE
Chapter   7
Location:
Hearing Date:                                      / /
Hearing Time:
Response Date:                                    / /

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ROSS, KAREN NICOLE          §    Case No.  10-56617
                                   §
                                   §
Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $102,650.00                    Assets Exempt:  $82,575.00
(without deducting any secured claims)

Total Distribution to Claimants:$35,608.37        Claims Discharged
                                                  Without Payment: $5,095.43

Total Expenses of Administration:$10,314.24

3) Total gross receipts of $      45,922.61      (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $45,922.61
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,314.24 | 10,314.24 | 10,314.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 55,295.60 | 40,703.80 | 35,608.37 |
| **TOTAL DISBURSEMENTS** | $0.00 | $65,609.84 | $51,018.04 | $45,922.61 |

4)  This case was originally filed under Chapter 7 on December 23, 2010. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2012_____    By: _/s/KAREN R. GOODMAN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's share: proceeds-wrongful death lawsuit | 1249-000 | 45,921.93 |
| Interest Income | 1270-000 | 0.68 |
| **TOTAL GROSS RECEIPTS** | | **$45,922.61** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 5,342.26 | 5,342.26 | 5,342.26 |
| KAREN R. GOODMAN | 2200-000 | N/A | 10.75 | 10.75 | 10.75 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 4,664.00 | 4,664.00 | 4,664.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.56 | 69.56 | 69.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 100.24 | 100.24 | 100.24 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 36.84 | 36.84 | 36.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.59 | 90.59 | 90.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,314.24 | $10,314.24 | $10,314.24 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 905.83 | 905.83 | 792.44 |
| 2 | Sallie Mae | 7100-000 | N/A | 24,802.63 | 24,802.63 | 21,697.76 |
| 3 | US Dept Ed/GLELSI on behalf Great Lakes Higher | 7100-000 | N/A | 14,591.80 | 14,591.80 | 12,765.15 |
| 4 | US Dept Ed/GLELSI on behalf Great Lakes Higher | 7100-000 | N/A | 14,591.80 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 403.54 | 403.54 | 353.02 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $55,295.60 | $40,703.80 | $35,608.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-56617 | Trustee: (520191) KAREN R. GOODMAN |
| Case Name: ROSS, KAREN NICOLE | Filed (f) or Converted (c): 12/23/10 (f) |
| | §341(a) Meeting Date: 02/10/11 |
| Period Ending: 08/09/12 | Claims Bar Date: 04/04/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | located at 14434 South DesPlaines Avenue, Harvey<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 79,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Bank of America - Cash in Account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 4 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Household furnishing, including video, computer<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,100.00 | 2,100.00 | DA | 0.00 | FA |
| 6 | Various books and collectibles including other c<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 400.00 | DA | 0.00 | FA |
| 7 | Clothing, including scarfs, hats, gloves,shoes e<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 700.00 | DA | 0.00 | FA |
| 8 | Gold rings and braclets<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,400.00 | 1,400.00 | DA | 0.00 | FA |
| 9 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | N/A | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 10-56617 | Trustee:        (520191)    KAREN R. GOODMAN |
| Case Name:    ROSS, KAREN NICOLE | Filed (f) or Converted (c): 12/23/10 (f) |
| | §341(a) Meeting Date:    02/10/11 |
| Period Ending: 08/09/12 | Claims Bar Date:    04/04/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | Oppenheimmer, 125 Broad, NY., _NY 10004<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | WA<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | N/A<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | WA<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | N/A<br>Orig. Asset Memo: Imported from original petition | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 10-56617 | **Trustee:** (520191)  KAREN R. GOODMAN |
| **Case Name:** ROSS, KAREN NICOLE | **Filed (f) or Converted (c):** 12/23/10 (f) |
| | **§341(a) Meeting Date:** 02/10/11 |
| **Period Ending:** 08/09/12 | **Claims Bar Date:** 04/04/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc# 1 | | | | | |
| 24 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26 | 2005 Nissan Maxim  Orig. Asset Memo: Imported from original petition  Doc# 1 | 18,000.00 | 47.00 | DA | 0.00 | FA |
| 27 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 29 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 30 | N/ A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 31 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 32 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 33 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 34 | N/A  Orig. Asset Memo: Imported from original petition  Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 10-56617

**Case Name:** ROSS, KAREN NICOLE

**Period Ending:** 08/09/12

**Trustee:** (520191)    KAREN R. GOODMAN

**Filed (f) or Converted (c):** 12/23/10 (f)

**§341(a) Meeting Date:** 02/10/11

**Claims Bar Date:** 04/04/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | N/A     Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36 | N/A     Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 37 | Debtor's share: proceeds-wrongful death lawsuit  (u) | 38,139.19 | 0.00 | | 45,921.93 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.68 | FA |
| 38 | **Assets**    **Totals** (Excluding unknown values) | **$140,789.19** | **$4,697.00** | | **$45,922.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

File TDR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    May 9, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-56617 |
| **Case Name:** | ROSS, KAREN NICOLE |
| **Taxpayer ID #:** | **-***7789 |
| **Period Ending:** | 08/09/12 |

| | |
|---|---|
| **Trustee:** | KAREN R. GOODMAN (520191) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******63-65 - Checking Account |
| **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/11 | {37} | Law Office of Jeffrey Friedman P.C. | Debtor's portion of wrongful death settlement per Court Order dated 10/25/11 | 1249-000 | 38,139.19 | | 38,139.19 |
| 12/21/11 | {37} | Karen Nicole Ross | Turnover of remainder of settlement proceeds from first distribution from wrongful death action. | 1249-000 | 7,782.74 | | 45,921.93 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 45,922.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.56 | 45,852.67 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 45,853.05 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.24 | 45,752.81 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-56617, Bond No. 016026455 | 2300-000 | | 36.84 | 45,715.97 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.59 | 45,625.38 |
| 06/13/12 | 1002 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 06/12/2012 | 2200-000 | | 10.75 | 45,614.63 |
| 06/13/12 | 1003 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 06/12/2012 | 2100-000 | | 5,342.26 | 40,272.37 |
| 06/13/12 | 1004 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 06/12/2012 | 3110-000 | | 4,664.00 | 35,608.37 |
| 06/13/12 | 1005 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 06/12/2012 | 7100-000 | | 792.44 | 34,815.93 |
| 06/13/12 | 1006 | Sallie Mae | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 06/12/2012 | 7100-000 | | 21,697.76 | 13,118.17 |
| 06/13/12 | 1007 | US Dept Ed/GLELSI on behalf Great Lakes Higher | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 06/12/2012 | 7100-000 | | 12,765.15 | 353.02 |
| 06/13/12 | 1008 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 06/12/2012 | 7100-000 | | 353.02 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 45,922.61 | 45,922.61 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 45,922.61 | 45,922.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$45,922.61** | **$45,922.61** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-56617 |
| **Case Name:** | ROSS, KAREN NICOLE |
| **Taxpayer ID #:** | **-***7789 |
| **Period Ending:** | 08/09/12 |

| | |
|---|---|
| **Trustee:** | KAREN R. GOODMAN (520191) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****63-65 - Checking Account |
| **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # 9200-******63-65** | | 45,922.61 | 45,922.61 | 0.00 |
| | | $45,922.61 | $45,922.61 | $0.00 |